UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

**PRIORITY SEND**

| Case No. | CV-08-00123 DSF (SHx) | Date | 2/25/08 |
|---|---|---|---|
| Title | Gatling v. Boeing Corporation | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Yvette Louis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) **SECOND ORDER TO SHOW CAUSE RE REMAND TO STATE COURT**

    On January 28, 2008, the Court ordered Defendant Boeing Corporation to show cause why this matter should not be remanded for lack of subject matter jurisdiction. (Jan. 28, 2008 Order To Show Cause Re Remand To State Court for Lack of Subject Matter Jurisdiction ("First OSC").) The Court noted that Defendant's allegations regarding its own citizenship were inadequate under Industrial Tectonics, Inc. v. Aero Alloy, 912 F.2d 1090, 1094 (9th Cir. 1990), because Defendant had not established its principal place of business. Also, Defendant had not adequately established the citizenship of individual Plaintiff William L. Gatling.[1]

    Defendant's response establishes that Defendant is a citizen of Delaware and Washington. The Court grants Defendant's request to conduct jurisdictional discovery regarding Plaintiff's citizenship.

    Taking into consideration the request for time to conduct jurisdictional discovery, the Court orders Defendant to show cause in writing no later than **April 21, 2008** why this action should not be remanded. If Defendant requires time beyond that date to complete jurisdictional discovery, Defendant may request that time on or before the above deadline. This deadline shall not extend the time for responding to any motion for

---

[1] Defendant agrees with the Court that federal question jurisdiction may not be established based on complete preemption by ERISA. (Response of Def. The Boeing Co. to Jan. 28, 2008 OSC Re Subject Matter Jurisdiction 1.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

**PRIORITY SEND**

remand filed by Plaintiff.  Plaintiff may submit a response in the same time period.  The parties are reminded that courtesy copies are to be delivered to Chambers.  Failure of Defendant to respond by the above date may result in the Court remanding this action to state court.

The Court further orders the Court Clerk promptly to serve this order on both parties.


IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

**PRIORITY SEND**
Intials of Deputy Clerk yrl